IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY SMITH, <br> WANDA SMITH, <br>    Plaintiffs, <br><br> v. <br><br> ALLSTATE VEHICLE & <br> PROPERTY INSURANCE <br> COMPANY, <br>    Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. _____ <br><br><br><br> JURY DEMANDED |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to 28 U.S.C. § 1441 and 1446, Allstate Vehicle & Property Insurance Company, Defendant herein, gives notice and hereby removes this action from the 190th Judicial District Court of Harris County, Texas, to the United State District Court for the Southern District of Texas, Houston Division, and in support thereof would show until the Court the following:.

### BASIS FOR REMOVAL

1. On December 7, 2022, Plaintiffs filed suit in Harris County against the Defendant. The suit was assigned to the 190th Judicial District Court of Harris County, Texas, styled Cause No. 2022-79435; *Jerry Smith and Wanda Smith v. Allstate Vehicle & Property Insurance Company.* Defendant Allstate was served/received notice of this suit on December 14, 2022. As required by 28 U.S.C. § 1446(b)(3), Allstate files this notice of removal within thirty (30) days following receipt by Defendant of the initial pleadings.

2. Removal of this action is proper, because this Court has original diversity jurisdiction under 28 U.S.C. § 1332 and the action is one that may be removed by

Defendant pursuant to 28 U.S.C. § 1441(b)(3); specifically, this is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the Defendant is diverse in citizenship from the Plaintiffs.

3.  There is complete diversity among the parties as required by 28 U.S.C. § 1332(a). Plaintiffs are citizens of Texas. Allstate is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Allstate is now, and was at the time this action was commenced, a citizen of the State of Illinois

4.  The amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1332 (a). Plaintiffs' Original Petition recites that they are seeking actual damages, statutory damages, and attorney's fees for breach of contract, breach of the duty of good faith and fair dealing, fraud, and violations of the Deceptive Trade Practices Act, Chapter 541 and 542 of the Texas Insurance Code, relating to the Defendant's alleged failure to properly adjust the claim for Plaintiffs' alleged property damage. Plaintiffs' Petition states Plaintiffs are seeking monetary relief over $250,000 but not more than $1,000,000. Thus, Plaintiffs' Petition shows on its face, that Plaintiffs' claims are in excess of $75,000.00. *See* Plaintiffs' Petition incorporated herein under Exhibit "A".

5.  The Clerk's full record in this case is attached as Exhibit "A". A list of all Counsel of Record is attached as Exhibit "B". The Civil Cover Sheet is attached as Exhibit "C".

6.  Venue is proper in this district because the district and division embrace the place where the removal action has been pending.

7.  Defendant will promptly provide written notice of the filing of this Notice

of Removal to all parties and to the clerk of the 190th Judicial District Court of Harris County, Texas.

      8.      Defendant respectfully requests that the state court action be removed and placed on this Court's docket for further proceedings. Defendant further requests any additional relief to which it may be justly entitled.

DATE: January 13, 2023          Respectfully submitted,

                                    */s/ Wesley R. Ward*

                                    Wesley R. Ward
                                    State Bar No. 24008235
                                    HOPE & CAUSEY, P. C.
                                    P. O. Box 3188
                                    Conroe, Texas 77305-3188
                                    (936) 441-4673 - Telephone
                                    (936) 441-4674 - Facsimile
                                    hcdocket@hope-causey.com

                                    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on January 13, 2023 via e-filing addressed to:

Jesse S. Corona
The Corona Law Firm, PLLC
12807 Haynes Road, Bldg. E
Houston, Texas 77066

**Attorneys for Plaintiffs**

              */s/ Wesley R. Ward*
              Wesley R. Ward