United States District Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY SMITH, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF WANDA SMITH, DECEASED, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00140 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | JURY |

## ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL

On this date, the Plaintiffs' Stipulation of Dismissal with Prejudice was presented to this Court for consideration, and the Court having considered the same, is of the opinion that such motion should in all things be GRANTED. Therefore, it is

ORDERED, ADJUDGED, AND DECREED that all claims by Plaintiffs against Defendant are hereby Dismissed with Prejudice. All costs shall be assessed against the party incurring the same.

SIGNED on this 26th day of April, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO FORM AND ENTRY:**

**THE CORONA LAW FIRM, PLLC**

By: /s/ *Jesse S. Corona*
Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
12807 Haynes Road, Bldg. E
Houston, Texas 77066
Telephone:  281-882-3531
Facsimile:   713-678-0613
Jesse@theCoronaLawfirm.com

**ATTORNEY FOR PLAINTIFFS**

and,

**HOPE & CAUSEY, P.C.**


By: /s/ *Alexander S. Taylor**
Wesley R. Ward
Texas Bar No. 24008235
Alexander S. Taylor
Texas Bar No. 24098505
P.O. Box 3188
Conroe, Texas 77305-3188
Telephone:  936-441-4673
Facsimile:    936-441-4674
hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**